Zachary C. Frampton (SBN 303225)
zframpton@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ASHLEY GRAHAM,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AT&T SERVICES; CAPITAL ONE; BEST BUY; FIRST PREMIER BANK; MACYS INC.; CLARITY SERVICES, INC.; CREDIT ONE BANK; ONE ROAD LENDING; CROSS RIVER BANK; AMERICAN FIRST FINANCE; BARCLAYS BANK DELAWARE; SYNCHRONY BANK; ELEVATE LENDING STREET; AND DOES 1-10, INCLUSIVE,<br><br>　　　　　　　Defendants. | Case No.: 5:16-cv-00528-ODW-KK<br><br>**DEFENDANT SYNCHRONY BANK'S NOTICE OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO FED. R. CIV. P. 6(b)(1)(B)**<br><br>Date:　　　　　June 6, 2016<br>Time:　　　　　1:30 p.m.<br>Place:　　　　　Courtroom 11<br><br>Complaint Filed:　March 23, 2016<br>Trial Date:　　　None Set<br><br>**Honorable Otis D. Wright, II**<br><br>*[Filed concurrently with Memorandum of Points and Authorities in support of Motion Extending Responsive Pleading Deadline and Proposed Order]* |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 6, 2016, at 1:30 p.m., or as soon as the matter can be heard in Courtroom 11 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012-4701, Defendant Synchrony Bank ("Synchrony") will and hereby does move for an Order extending Synchrony's time to respond to the Complaint through, and including, April 21, 2016, the date on which Synchrony filed its Motion to Dismiss and thereby deem the Motion to Dismiss timely filed.  Synchrony moves the Court to extend the responsive pleading deadline pursuant Federal Rule of Civil Procedure 6(b)(1)(B) on the grounds that Synchrony failed to timely file the Motion to Dismiss because of excusable neglect.

With this Motion, Synchrony seeks the following orders from the Court:

1.   Synchrony's time to respond to the Complaint is extended through, and including, April 21, 2016, the date on which Synchrony filed its Motion to Dismiss. Fed. R. Civ. P. 6(b)(1)(B).

2.   Synchrony's Motion to Dismiss was timely filed.

This Motion is based on this Notice, the Memorandum of Points and Authorities accompanying this Motion, and such other evidence and argument as the Court may permit.

DATED: April 22, 2016

REED SMITH LLP

By: /s/ Zachary C. Frampton
Zachary C. Frampton
Attorneys for Defendant
Synchrony Bank

DEFENDANT SYNCHRONY BANK'S NOTICE OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO FED. R. CIV. P. 6(b)(1)(B)