| | | |
|---|---|---|
| No. | EDCV 16-00528-ODW (KK) | Date   June 21, 2017 |
| Title | *Ashley Graham v. AT&T Services et al.* | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**           **In Chambers**

  Based on the previous dismissal of all Defendants in this matter, the Court **VACATES** all future dates and deadlines.  The Clerk of the Court shall close the case.

                                                                    :    00

                              Initials of Preparer    SE